## Waddell, Appellant, *v.* Mifflin County School District et al.

Argued January 13, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Norman L. Levin,* with him *Brugler & Levin,* for petitioners.

*Richard C. Angino,* with him *Hurwitz, Klein, Benjamin & Angino,* for respondents.

OPINION PER CURIAM, April 22, 1971:

Decree affirmed. Each party to pay own costs.

Mr. Justice EAGEN and Mr. Justice POMEROY are of the view that sufficient facts are alleged in the complaint to require the defendants to answer on the merits. Hence, we would vacate the decree entered below and direct a procedendo.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.